FILED
CLERK, U.S. DISTRICT COURT

08/26/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: D. Brown       DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )      Case No.: 5:22-MJ-00541-DUTY
                               )
                   Plaintiff,  )      ORDER OF DETENTION PENDING
                               )      FURTHER REVOCATION
            v.                 )      PROCEEDINGS
                               )      (FED. R. CRIM. P. 32.1(a)(6); 18
Christopher Johnson,           )      U.S.C. § 3143(a)(1))
                               )
                   Defendant.  )
_____)

The defendant having been arrested in this District pursuant to a warrant

issued by the United States District Court for the _____ District of

Nevada_____ for alleged violation(s) of the terms and conditions of probation

or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal

Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (×)   The defendant has not met his/her burden of establishing by clear and

          convincing evidence that he/she is not likely to flee if released under 18

          U.S.C. § 3142(b) or (c).  This finding is based on the following:

          (×)   information in the Pretrial Services Report and Recommendation

          (×)   information in the violation petition and report(s)

          ( )   the defendant's nonobjection to detention at this time

          (×)   other: Allegations of submitting false monthly reports and failure to
                        report for supervision following expiration of state parole.

1

1    and/ or

2  B. ( )    The defendant has not met his/her burden of establishing by clear and

3           convincing evidence that he/she is not likely to pose a danger to the safety

4           of any other person or the community if released under 18 U.S.C.

5           § 3142(b) or (c).  This finding is based on the following:

6           ( )    information in the Pretrial Services Report and Recommendation

7           ( )    information in the violation petition and report(s)

8           ( )    the defendant's nonobjection to detention at this time

9           ( )    other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated: August 26, 2022

15           _____
             KENLY KIYA KATO
             UNITED STATES MAGISTRATE JUDGE

2